IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYMPHONY T. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTRACT CALLERS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:16-cv-05399-GEKP<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of this action, the parties to bear their own respective attorney's fees and costs.

s/ Graham F. Baird
Graham F. Baird
Law Offices of Eric A. Shore, P.C.
Two Penn Center
1500 JFK Boulevard, Suite 1240
Philadelphia, PA 19102
(267) 546-0131
GrahamB@ericshore.com
Counsel for Plaintiff

s/ Ira L. Blank
Ira L. Blank, Mo. Bar #29375
The Enterprise Law Group, LLC
8151 Clayton Road, Suite 201
St. Louis, MO 63117
(314) 282-8735
iblank@theenterpriselawgroup.com
Counsel for Defendant

EXHIBIT A